IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNUM LIFE INSURANCE COMPANY OF AMERICA,**

**Plaintiff,**

v.

**TRACY L. LANCASTER, REBECCA LANCASTER, NELLIE M. McCLAIN and KARL M. PHIPPS,**

**Defendants.**                                                  No. 06-CV-419-DRH

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

The Stipulation for Dismissal having been executed by counsel for Plaintiff and *pro se* Defendants Tracy Lancaster and Rebecca Lancaster[1] and filed with this Court (Doc. 27), **IT IS ORDERED** that the action against said Defendants be dismissed with prejudice and without costs to the parties.

Judgment cannot be entered at this time because of the open cases against the other two defendants. However, since no action is pending against any

---

[1] The Court notes that Defendants Nellie M. McClain and Karl M. Phipps previously filed disclaimers of interest with the Court. (Docs. 11, 23.) Although Defendants McClain and Phipps have already disclaimed any current or future interest, right or entitlement to any proceeds of the life insurance policy in this matter, the cases against them have not been dismissed with prejudice.

defendant at this time the Clerk shall close this file.

**IT IS SO ORDERED.**

Signed this 10th day of January, 2007.

/s/        David   RHerndon
**United States District Judge**
